# THE MARKS LAW FIRM, P.C.

December 30, 2025

***VIA CM/ECF***
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

|  |  |  |
|---|---|---|
| **RE:** | **Case Name:** | **Jhapeth Dharry v. 1st Ave Panini & Grill LLC, and 939 First Avenue LLC** |
|  | **Docket Number:** | **1:25-cv-08448(AS)** |
|  | **REQUEST FOR AN EXTENSION OF DEADLINES** | |

Dear Honorable Judge Subramanian,

The undersigned is Lead Trial Counsel for Plaintiff in this action. Kindly accept this request as Plaintiff's **first request** for the adjournment/extensions of time requested below. Pursuant to 3(e) of Your Honor's rules, Plaintiff, respectfully requests that the following deadlines and appearances be rescheduled to the following proposed dates:

1) The initial conference (teleconference) be adjourned from **January 13, 2026, at 1:30 pm**, to **March 10, 2026, at 1:30 pm**;

2) The time for the parties to file a Joint Proposed Case Management Plan and Joint Letter be extended from **January 7, 2026**, to **March 4, 2026**;

The next scheduled appearance with Your Honor is the Initial Conference that is the subject of this request. The reason for this request is that since the inception of this action, Plaintiff has diligently prosecuted this action and made efforts to engage the defendants as set forth below.

Our Office continues its efforts to engage Defendant 939 First Avenue LLC, the owner and net lessor of the property. Although we have not been able to engage this party, we were recently contacted by Ian Lagowitz and David Wallace, Esq. from Trigild (an asset manager that handles bankruptcy estates), who informed us that Eastgate Whitehouse LLC, the ground Lessee of the property, has a Chapter 11 Bankruptcy pending in the SDNY (Bankruptcy Petition No.: 22-22635-shl). Eastgate Whitehouse LLC is not a party to this action.

The Trigild team explained that pursuant to the ground lessor/ground lessee relationship, Eastgate Whitehouse LLC may have a contractual obligation to indemnify Defendant 939 First Avenue LLC (which is not in bankruptcy), which may be affected by the bankruptcy proceeding. Additional information, however, is needed to determine the extent of any such impact, and Trigild is in the process of obtaining that information and making such determinations. Trigild further

THE MARKS LAW FIRM, P.C.
Page 2 of 2

advised that it will provide our office with the relevant documents and records necessary for us to evaluate this issue and determine whether any parties should be added to or removed from the action. Although neither Trigild nor Eastgate Whitehouse LLC is a party to this action, they consent to this request to allow the parties to efficiently work through this matter. Additionally, our office has recently communicated with a principal of 1st Ave Panini & Grill LLC regarding this matter, and we are waiting for its counsel to follow up with us.

This is the first request for the adjournment/extension, and it does not affect other deadlines. Thank you for your attention to the above, please let us know if Your Honor requires any other information.

Very truly yours,

Darren R. Marks

GRANTED. The initial conference is adjourned from January 13, 2026, at 1:30 PM, to **March 10, 2026, at 1:30 PM**. Same time, same dial-in information.

The time for the parties to file a Joint Proposed Case Management Plan and Joint Letter is extended from January 7, 2026, to **March 4, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 30, 2025