# THE MARKS LAW FIRM, P.C.

February 25, 2026

***VIA CM/ECF***
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

|  |  |  |
|---|---|---|
| **RE:** | **Case Name:** | **Jhapeth Dharry v. 1st Ave Panini & Grill LLC, and 939 First Avenue LLC** |
|  | **Docket Number:** | **1:25-cv-08448(AS)** |
|  | **REQUEST FOR AN EXTENSION OF DEADLINES** | |

Dear Honorable Judge Subramanian,

The undersigned is Lead Trial Counsel for Plaintiff in this action. Kindly accept this request as Plaintiff's **Second request** for the adjournment/extensions of time requested below. Pursuant to 3(e) of Your Honor's rules, Plaintiff, respectfully requests that the following deadlines and appearances be rescheduled to the following proposed dates:

1) The initial conference (teleconference) be adjourned from **March 10, 2026, at 1:30 pm**, to **May 12, 2026, at 1:30 pm**;

2) The time for the parties to file a Joint Proposed Case Management Plan and Joint Letter be extended from **March 4, 2026**, to **May 5, 2026**;

The next scheduled appearance with Your Honor is the Initial Conference that is the subject of this request. The reason for this request is that since the inception of this action, Plaintiff has diligently prosecuted this action and made efforts to engage the defendants, as well as to prosecute and work to resolve this matter as set forth below.

Our Office has and continues to engage with Trigild, the bankruptcy estate asset manager for Eastgate Whitehouse LLC (the property's net lessee), and Defendant 939 First Avenue LLC, the fee-owner and net-lessor of the property; we are also continuing our efforts to engage 1st Ave Panini & Grill LLC, the commercial tenant. As previously reported, Eastgate Whitehouse LLC has a Chapter 11 Bankruptcy pending in the SDNY (Bankruptcy Petition No.: 22-22635-shl). Eastgate Whitehouse LLC is not a party to this action.

Since our last report, we have been in ongoing discussions with the Trigild team to identify the correct parties. These discussions have been complicated by the bankruptcy, the net-lease structure, and indemnity issues between the defendants and other parties connected to the property.

THE MARKS LAW FIRM, P.C.
Page 2 of 2

We have also been working on a framework to resolve this matter without entangling it in the Eastgate bankruptcy proceeding. Although we have made significant progress on these fronts, additional time is necessary to expediently and efficiently resolve these issues and this matter without burdening the Court.

This is the second request for an adjournment/extension. This request does not affect other deadlines and is made with the consent of the parties we have been engaged with on the Defendants' behalf.

Thank you for your attention to the above, please let us know if Your Honor requires any other information.

Very truly yours,

Darren R. Marks

GRANTED. The remote initial pretrial conference is hereby adjourned to **May 12, 2026 at 1:30 PM**. Same dial-in information. The joint letter and proposed case management plan are due May 5, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 25, 2026